UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARINA ISKHAKOVA, on behalf of herself and
all others similarly situated,
  Plaintiff,

    v.        CASE NO.: 1:22-cv-733

WHENEVER COMMUNICATIONS, LLC

  Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** May 25, 2022

| For Plaintiff Marina Iskhakova | For Defendant Whenever Communications, LLC |
|---|---|
| *s/Mark Rozenberg* | *s/Matthew Herron* |
| Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: 201-282-6500<br>mrozenberg@steinsakslegal.com | Matthew Herron<br>Herron Law APC<br>350 Tenth Ave ste 880<br>San Diego, CA 92101<br>Ph: 619-233-4122<br>Tdossantos@herronlawapc.com |

## CERTIFICATE OF SERVICE

I certify that on May 25, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        */s/ Mark Rozenberg*
                                        Mark Rozenberg
                                        **Stein Saks, PLLC**
                                        *Attorneys for Plaintiff*